COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
  
NO. 2-03-129-CV

  
IN 
THE INTEREST OF
A.K.W. 
AND D.D.H.

  
------------
 
FROM 
THE 367TH DISTRICT COURT OF DENTON COUNTY
 
------------
 
MEMORANDUM OPINION[1]
 
------------
        Appellant 
Susan H. appeals the trial court’s judgment terminating her parental rights to 
her children, A.K.W. and D.D.H. We affirm. Appellant’s court-appointed counsel 
filed a motion to withdraw and an Anders[2] 
brief in support stating that after a thorough review of the record, he believes 
any appeal in this cause would be frivolous. The brief filed meets the 
requirements of Anders by presenting a professional evaluation of the 
record and demonstrating why there are no arguable grounds of error to be 
advanced. See In re K.M., No. 02-01-00349-CV, 2003 WL 2006583, at 
*2 (Tex. App.—Fort Worth May 1, 2003, no pet.) (mem. op) (citing Anders, 
386 U.S. at 747, 87 S. Ct. at 1401). Appellant’s counsel delivered a copy of 
the motion and supporting brief to appellant advising her of her right to 
contest the motion, review the record, and file a pro se brief with this court. 
The time for filing such a brief has expired, and we have not received a pro se 
brief. As the reviewing court, we are required to undertake an independent 
evaluation of the record for reversible error,[3] and 
after having done so, we have found none.[4]  We 
affirm the trial court’s judgment and grant counsel’s motion to withdraw.
 
                                                                  BOB 
MCCOY
                                                                  JUSTICE

 
PANEL 
A:   CAYCE, C.J.; GARDNER and MCCOY, JJ.
 
DELIVERED: 
February 26, 2004

NOTES
1. 
See Tex. R. App. P. 47.4.
2. 
Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).
3. 
See In re K.M., No. 02-01-00349-CV, 2003 WL 2006583, at *2 (citing 
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991)).
4. 
See In re K.S.M., 61 S.W.3d 632, 634 (Tex. App.—Tyler 2001, no pet.)